Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TONY MASSIELLA, Respondent, for Compensation to Himself

under the Workmen's Compensation Law, v. JOHN T. CLARK & SON, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.